ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ryan Tyreik Parker            Docket No. 2:24-CR-2-2BO

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ryan Tyreik Parker, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 1st day of March, 2024.

On April 8, 2024, a bond review hearing was held before the Honorable Kimberly A. Swank, U.S. Magistrate Judge, and conditions of release were modified from the home incarceration program with Radio Frequency Monitoring, to the home detention program with Radio Frequency Monitoring.

The defendant appeared before the Honorable Terrence W. Boyle, the United States District Judge for arraignment on the 1st day of May, 2024, and supervision was modified to curfew with Radio Frequency Monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has been compliant with supervision conditions since his release on March 1, 2024. Parker resides in rural Bertie County, North Carolina, and is wearing a Radio Frequency (RF) Monitor, which is reliant on cellular service to accurately report. Of late, cellular service has not been reliable in the area and technical issues are occurring with the technology. Additionally, the RF tracker was placed on Parker's wrist as the straps are not large enough to fit around his ankle. The defendant has acquired employment and is set to begin an orientation program within the next week. One of the rules of the employer is that employees are not to wear jewelry. A wrist-donned location monitoring device would potentially cause an issue with the employer. Based on these issues, and the defendant's overall compliance, it is recommended that location monitoring technology be removed. The government and defense counsel were contacted regarding this matter and stated no objections.

**PRAYING THAT THE COURT WILL ORDER** that the location monitoring technology be removed. All other conditions will remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: August 22, 2024 |

Ryan Tyreik Parker
Docket No. 2:24-CR-2-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the 23 day of August, 2024, and ordered filed and made part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge